■ STEVEN EPPING, Respondent, v COUNTY OF MONROE, Appellant.—Motion for stay denied. *(See, Rhodes v Mosher,* 115 AD2d 351.)* Present—Callahan, J. P., Doerr, Boomer, Green and Davis, JJ.

■ In the Matter of CURRIER CONSTR. Co., INC., et al., Petitioners, v THOMAS F. HARTNETT, Respondent.—Motion granted and proceeding dismissed. Memorandum: The proceeding was untimely commenced *(see,* Labor Law § 220-b [2]). Present—Callahan, J. P., Doerr, Boomer, Green and Davis, JJ.

■ SUSAN T. KLUGE, Respondent, v CHARLES G. KLUGE, Appellant.—Motion for stay denied *(see,* CPLR 5519 [a] [2]; *Zacharek v Zacharek,* 112 AD2d 54). Present—Callahan, J. P., Doerr, Boomer, Green and Davis, JJ.

■ LESLIE FORTE, Appellant, v LEO P. FORTE, Respondent. —Motion for poor person relief denied. Memorandum: Appellant has failed to show merit to the appeal *(see, Landsman v Landsman,* 302 NY 45, 48; *Lacks v Lacks,* 41 NY2d 71, 75). Present—Callahan, J. P., Doerr, Boomer, Green and Davis, JJ.

■ SHEILA GILBERT, Respondent, v BURTON GILBERT, Appellant.—Motion to vacate dismissal of appeal denied. Memorandum: No appeal lies from an order denying a motion for reconsideration *(see, Sloan v Pinafore Homes,* 38 AD2d 718). Present—Callahan, J. P., Doerr, Boomer, Green and Davis, JJ.

■ STANLEY J. STANLEY, Appellant, v PAUL J. PASIECZNIK et al., Respondents.—Motion to vacate dismissal of appeal denied. Memorandum: The motion is untimely *(see,* 22 NYCRR 1000.3 [b] [2] [i]). Present—Callahan, J. P., Doerr, Boomer, Green and Davis, JJ.

■ In the Matter of ROSARAYANN HAMILTON.—Motion for poor person relief denied with leave to renew on or before June 26, 1989 upon submission of "sufficient facts so that the merits of [her] contentions can be ascertained" (CPLR 1101 [a]). Present—Callahan, J. P., Doerr, Boomer, Green and Davis, JJ.